<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2385**

JASON WESLEY HOYLE,

            Plaintiff - Appellant,

        v.

THEODORE MCENTIRE, Judge, in his official capacity; WILLIAM
A. LEAVELL, III; ROBERT ALEXANDER BANNE LYERLY, Judge, in
his official capacity; ROBERT G. HORNE, Judge, in his
official capacity; GERALD W. WILSON, District Attorney, in
his official capacity; MEREDITH R. ROBERTS, Assistant
District Attorney, in her official capacity; KELSEY GRAFF,
Attorney for Legal Aid of North Carolina Inc.; DENISE
LOCKETT, Managing Attorney of Boone office of Legal Aid of
North Carolina, Inc.; CELIA PISTOLIS, Assistant Director of
Advocacy and Compliance for Legal Aid of North Carolina,
Inc.; LEGAL AID OF NORTH CAROLINA, INCORPORATED, by and
through its Board of Directors; DANA CRAWFORD, Town of Boone
Police Chief; WANDA SMITH, Communications/Records
Supervisor, Town of Boone, in her official capacity; UNKNOWN
DEFENDANT,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.    Richard L.
Voorhees, District Judge.  (5:13-cv-00034-RLV-DSC)

Submitted:  April 16, 2015          Decided:  April 20, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

_____

Jason Wesley Hoyle, Appellant Pro Se.  Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina; Dustin Timothy Greene, Clay Campbell Wheeler, KILPATRICK TOWNSEND & STOCKTON, LLP, Winston-Salem, North Carolina; William Carleton Metcalf, VAN WINKLE LAW FIRM, Asheville, North Carolina; Harry Lee Davis, Jr., Ann Cox Rowe, DAVIS & HAMRICK, LLP, Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Wesley Hoyle appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hoyle v. McEntire, No. 5:13-cv-00034-RLV-DSC (W.D.N.C. Nov. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED